EMANUEL SIEGFRIED, an Infant, by MORRIS SIEGFRIED, His Guardian ad Litem, Respondent, v. LIBERTY PAINT COMPANY, INC., Defendant, Impleaded with JOSEPH JACARUSO, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

MORRIS SIEGFRIED, Respondent, v. LIBERTY PAINT COMPANY, INC., Defendant, Impleaded with JOSEPH JACARUSO, Appellant.— Judgment and order unanimous'y

affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.